NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

KEVIN P. POTERE
DIRECT DIAL: +1 212 471 1876
PERSONAL FAX: +1 212 202 4652
E-MAIL: kppotere@duanemorris.com

www.duanemorris.com

BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

July 16, 2014

### BY FACSIMILE AND ELECTRONIC FILING

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **JUL 17 2014**

Re:   *SCTA Limited Liability Company et al. v. TD Bank, N.A.*,
      1:14-cv-05249-GBD

Dear Judge Daniels:

We represent Defendant, TD Bank, N.A. ("**TD Bank**"), in the above-referenced matter. On July 14, 2014, TD Bank filed a Notice of Removal in the Southern District of New York. Pursuant to Fed. R. Civ. P. 81(C)(2)(c), TD Bank's response to Plaintiffs SCTA Limited Liability Company and SSOA Limited Liability Company's (together, "**Plaintiffs**") Verified Complaint is due on Monday, July 21, 2014.

We write to respectively request a 14-day extension of time to respond to Plaintiffs' Verified Complaint until Monday, August 4, 2014.

Pursuant to Your Honor's Individual Rule 2.E, we affirm the following:

(1) TD Bank's original response is due on Monday, July 21, 2014.
(2) TD Bank has not previously requested an adjournment of extension.
(3) TD Bank's request has not previously been granted or denied.
(4) Stephen Latzman, Esq., attorney for Plaintiffs, consents to our request.

Thank you for your consideration in this matter.

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                             PHONE: +1 212 692 1000   FAX: +1 212 692 1020

DuaneMorris

Hon. George B. Daniels
July 16, 2014
Page 2

                      Respectfully submitted,

                      Kevin P. Potere

cc:    Stephen Latzman, Esq.
        276 Fifth Avenue, Suite 402
        New York, New York 10001
        (212) 532-3368
        Attorney for Plaintiffs