

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 12 2014

# STEPHEN LATZMAN, P.C.
### ATTORNEY AT LAW

276 FIFTH AVENUE, SUITE 402
NEW YORK, NEW YORK 10001
slatzman@latzman.com

TELEPHONE
(212) 532-3368

FACSIMILE
(212) 685-5731

<u>BY FACSIMILE AND ELECTRONIC FILING</u>

August 11, 2014

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

AUG 12 2014

Re:   SCTA Limited Liability Company *et al.* v. TD Bank, N.A.,
      1:14–cv-05249-GBD

Dear Judge Daniels:

    We represent Plaintiffs in this action. On August 4, 2014, Defendant served a motion to dismiss. We write to respectively request an extension of Plaintiffs' time to respond to Defendant's motion until September 5, 2014, and Defendant's time to file reply papers shall be extended to September 19, 2014.

    Pursuant to Your Honor's Individual Rule 2.E, we affirm the following:

        (1) Plaintiffs' original response is due on August 11, 2014.
        (2) Plaintiffs have not previously requested an adjournment of extension.
        (3) Plaintiffs' request have not previously been granted or denied.
        (4) Kevin P. Potere, Esq., of Duane Morris attorney for Defendant, consents to our request.
        (5) An Initial Pretrial Conference is scheduled for September 18, 2014.

    Thank you for your consideration in this matter.

Respectfully submitted,

Stephen Latzman

cc: Kevin P. Potere, Esq.
    Duane Morris LLP