```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 17 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SCTA LIMITED LIABILITY COMPANY, et al.,

        Plaintiffs,

        v.

TD BANK, N.A.,

        Defendant.

------------------------------------x

ORDER

14-CV-05249 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled for September 18, 2014 is cancelled.  Oral Argument on Defendant's Motion to Dismiss is scheduled for October 7, 2014 at 10:30 AM.

Dated: September 17, 2014
      New York, New York

                                         SO ORDERED.

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE