# STEPHEN LATZMAN, P.C.
### ATTORNEY AT LAW

276 FIFTH AVENUE, SUITE 402
NEW YORK, NEW YORK 10001
slatzman@latzman.com

TELEPHONE
(212) 532-3368

FACSIMILE
(212) 685-5731

*BY FACSIMILE AND ELECTRONIC FILING*

September 19, 2014

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   SCTA Limited Liability Company *et al.* v. TD Bank, N.A.,
      1:14 –Cv-05249 (GBD)

Dear Judge Daniels:

    We represent Plaintiffs in this action. The Court has scheduled oral argument on Defendant's a motion to dismiss for October 7, 2014. We write to respectively request an adjournment of the oral argument to October 16, 2014. The adjournment is needed because I represent plaintiff in the action *Chiang v. Northern Murray Equity, Inc.*, which appears on the October 7, 2014 trial calendar in the Supreme Court, Queens County (Index No. 19447/12).

    Pursuant to Your Honor's Individual Rule 2.E, we affirm the following:

        (1) The original date of appearance is October 7, 2014.
        (2) Plaintiffs have not previously requested an adjournment of extension.
        (3) Plaintiffs' request have not previously been granted or denied.
        (4) Kevin P. Potere, Esq., of Duane Morris attorney for Defendant, consents to our request.

    Thank you for your consideration in this matter.

Respectfully submitted,

Stephen Latzman

cc: Kevin P. Potere, Esq.
    Duane Morris LLP