Sep 19 2014 3:39PM  StephenLatzmanPC  2136955731  p.2
Case 1:14-cv-05249-GBD  Document 18  Filed 09/22/14  Page 1 of 1
Case 1:14-cv-05249-GBD  Document 15  Filed 09/19/14  Page 1 of 1

# STEPHEN LATZMAN, P.C.
### ATTORNEY AT LAW

276 FIFTH AVENUE, SUITE 402
NEW YORK, NEW YORK 10001
slatzman@latzman.com

TELEPHONE
(212) 532-3368

FACSIMILE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 22 2014

**BY FACSIMILE AND ELECTRONIC FILING**

September 19, 2014

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**
The Oral argument is adjourned to October 16, 2014 at 10:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

SEP 22 2014

Re:  SCTA Limited Liability Company et al. v. TD Bank, N.A.,
     1:14-Cv-05249 (GBD)

Dear Judge Daniels:

We represent Plaintiffs in this action. The Court has scheduled oral argument on Defendant's a motion to dismiss for October 7, 2014. We write to respectively request an adjournment of the oral argument to October 16, 2014. The adjournment is needed because I represent plaintiff in the action *Chiang v. Northern Murray Equity, Inc.*, which appears on the October 7, 2014 trial calendar in the Supreme Court, Queens County (Index No. 19447/12).

Pursuant to Your Honor's Individual Rule 2.E, we affirm the following:

(1) The original date of appearance is October 7, 2014.
(2) Plaintiffs have not previously requested an adjournment of extension.
(3) Plaintiffs' request have not previously been granted or denied.
(4) Kevin P. Potere, Esq., of Duane Morris attorney for Defendant, consents to our request.

Thank you for your consideration in this matter.

Respectfully submitted,

Stephen Latzman

cc: Kevin P. Potere, Esq.
    Duane Morris LLP