UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCTA LIMITED LIABILITY COMPANY and
SSOA LIMITED LIABILITY COMPANY,

      Plaintiffs,

  v.

TD BANK, N.A.,

      Defendant.

CIVIL ACTION NO. 1:14-cv-05249 (GBD)

**ORDER FOR ADMISSION
PRO HAC VICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 02 2014

  The motion of Alexander D. Bono, for admission to practice Pro Hac Vice in the above captioned action is granted.

  Applicant has declared that he is a member of good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

  Alexander D. Bono
  DUANE MORRIS LLP
  30 South 17th Street
  Philadelphia, PA 19103-4196
  Telephone: 215-979-1000
  Fax: 215-919-1020
  E-mail: ABono@duanemorris.com

  Applicant having requesting admission Pro Hac Vice to appear for all purposes as counsel for defendant TD Bank, N.A. in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

1

the Rules governing the discipline of attorneys.

Dated: OCT 02 2014

_George B. Daniels_
United States District/Magistrate Judge