UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X

SCTA LIMITED LIABILITY COMPANY and
SSOA LIMITED LIABILITY COMPANY,

                Plaintiffs,

   -against-

TD Bank, N.A.,

                Defendant.

------------------------------------ X

ORDER

14 Civ. 5249 (GBD)

GEORGE B. DANIELS, District Judge:

    For the reasons articulated at the October 16, 2014 oral argument, Defendant's motion to dismiss the complaint is GRANTED. Plaintiffs may file a letter application with this Court within thirty (30) days of this Order, requesting leave to amend and attaching their proposed Amended Complaint, if amendment would not be futile.

    The Clerk of Court is directed to close the motion at ECF No. 6.

Dated: October 16, 2014
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

1