```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SCTA LIMITED LIABILITY COMPANY and
SSOA LIMITED LIABILITY COMPANY,
                              Plaintiffs,

                  -against-

TD Bank, N.A.,
                             Defendant.
-------------------------------------------------------------X

**14 CIVIL** 5249 (GBD)

**JUDGMENT**

Defendant having moved to dismiss the complaint, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on October 16, 2014, having rendered its Order that for the reasons articulated at the October 16, 2014 oral argument, granting Defendant's motion to dismiss the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2014, Defendant's motion to dismiss is granted.

**Dated:** New York, New York
         November 19, 2014

                                                         **RUBY J. KRAJICK**
                                                         Clerk of Court
                                       BY:
                                                          Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____